**Order entered January 6. 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01003-CR

**DAVID ISAAC CANTU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-36592-T**

## ORDER

The reporter's record was due on November 14, 2020. When it was not filed, we notified court reporter Vearneas Faggett by postcard dated November 19, 2020 and directed her to file the record by December 19, 2020. To date, the reporter's record has not been filed.

We **ORDER** court reporter Vearneas Faggett to file the reporter's record by February 1, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE